

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00140-CV

———————————————

ORYX OILFIELD SERVICES, LLC, AND MATTHEW MAHONE, Appellants

V.

JOHN DEERE CONSTRUCTION & FORESTRY COMPANY, Appellee

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-347431-23

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellants' "Motion for Voluntary Dismissal of Appeal."

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 25, 2024